IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

VS.

LORETTA N. DAVIS

CASE NO: 24-mj-90016-GEB

ORDER TO DISMISS WITHOUT PREJUDICE

NOW, on this day the 25th day of April, 2025, this matter comes before the Court on the United States' Motion to Dismiss the above-captioned case without prejudice pursuant to Fed. R. Crim. P. 48(a).  The Defendant has not been located in a reasonable amount of time.

IT IS THEREFORE ORDERED that the above captioned case be dismissed without prejudice and the active warrant be recalled.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge